■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL RUGGIERO, Appellant. [676 NYS2d 474] —Appeal by the defendant from a judgment of the County Court, Nassau County

(Cotter, J.), rendered October 21, 1997, convicting him of assault in the second degree, assault in the third degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied the right to be present at a material stage of the trial is not reviewable since he failed to make a sufficient record in this regard (*see, People v Roman,* 217 AD2d 473, *affd* 88 NY2d 18).

In addition, the defendant's contention that the prosecutor's summation improperly changed the theory of the case is unpreserved for appellate review (*see,* CPL 470.05) and, in any event, without merit (*see, People v Turner,* 187 AD2d 469).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Thompson, Joy and Florio, JJ., concur.